### AUTRY v. STATE.
### No. 24778.

Court of Criminal Appeals of Texas.
May 24, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction of the offense of passing a forged instrument with the intent to injure and defraud. His punishment was assessed at confinement in the penitentiary for a term of two years.

The record is brought forward with no statement of facts and no bills of exception. The proceedings appear to be regular and nothing is presented for review.

The judgment of the trial court is affirmed.